IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL ANNE BURRUS**                                               **PLAINTIFF**

VS.                              CASE NO. 4:20CV01366 PSH

**KILOLO KIJAKAZI,**[1] **Acting Commissioner,**
   **Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is the proper defendant.  Fed. R. Civ. P. 25(d).